UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
RAFAEL HIRALDO and DANILDA HIRALDO,

        Plaintiffs,        :      **ECF CASE**

v.

                                                                 08 Civ. 00141 (RJH)

ANDREA QUARANTILLO,

        Defendant.       :      NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
         January 17, 2008

                                            Respectfully submitted,

                                            MICHAEL J. GARCIA
                                            United States Attorney for the
                                            Southern District of New York

                            By:    /s/_____
                                            F. JAMES LOPREST, JR.
                                            Special Assistant United States Attorney
                                            86 Chambers Street, 3rd Floor
                                            New York, New York 10007
                                            Telephone: (212) 637-2728
                                            Facsimile: (212) 637-2786
                                            Email: james.loprest@usdoj.gov

TO:    Spiro Serrans, Esq.
         Wilens & Baker, PC
         450 Seventh Avenue
         New York, NY 10123