ORIGINAL

MICHAEL J GARCIA
United States Attorney for the
Southern District of New York
By:     F. JAMES LOPREST, JR.
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, New York 10007
Tel. No.: (212) 637-2728

RECEIVED FEB 22 2008 CHAMBERS OF RICHARD J. HOLWELL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
RAFAEL HIRALDO (A95 951 569) and
DANILDA HIRALDO (96 672 052)

                Plaintiffs,

                - v. -

MARY ANN GANTNER, District Director,
US CIS, New York, New York,

                Defendant.
----------------------------------------------------------x

STIPULATION AND
ORDER OF DISMISSAL

08 Civ. 141 (RJH)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/08

IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action be, and hereby is, dismissed as moot, without costs or attorney's fees to any party.

Dated:   New York, New York
          February 19, 2008

By:

WILENS & BAKER, P.C.
Attorneys for Plaintiffs

_____
SPIRO SERRAS, ESQ.
450 Seventh Avenue
New York, NY 100123
Tel. No.: (212) 643-0237

Dated:   New York, New York
          February 20, 2008

By:

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

_____
F. JAMES LOPREST, JR.
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, NY 10007
Tel. No.: (212) 637-2728

SO ORDERED:

_____
HON. RICHARD J. HOLWELL
UNITED STATES DISTRICT JUDGE
3/4/08